# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

PIPEFITTERS LOCAL NO. 636          )
DEFINED BENEFIT PLAN,              )
                                   )
       Plaintiff,                 )
                                   )
v.                                 )
                                   )
TEKELEC, FRANCO PLASTINA,          )    **CIVIL JUDGMENT**
WILLIAM H. EVERETT, GREGORY RUSH,  )    **CASE NO. 5:11-CV-4-D**
and NORFOLK COUNTY RETIREMENT      )
SYSTEM,                            )
                                   )
       Defendants.                )

**Decision by the Court:**

     IT IS ORDERED AND ADJUDGED that the Court GRANTS the Motion to Dismiss [D.E. 40], and the Plaintiff's request to file a Third Amended Complaint is DENIED.

     **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 22, 2013**</u> WITH A COPY TO:

David A. Rosenfeld (via CM/ECF Notice of Electronic Filing)
L. Bruce McDaniel (via CM/ECF Notice of Electronic Filing)
Carl N. Patterson, Jr. (via CM/ECF Notice of Electronic Filing)
David H. Kistenbroker (via CM/ECF Notice of Electronic Filing)
Michael J. Lohnes (via CM/ECF Notice of Electronic Filing)
Richard L. Farley (via CM/ECF Notice of Electronic Filing)

<u>March 22, 2013</u>               JULIE A. RICHARDS, Clerk
Date                         Eastern District of North Carolina

                               <u>/s/ Debby Sawyer</u>
                               (By) Deputy Clerk

Raleigh, North Carolina